Opinion issued August 27, 2009 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00616-CV

____________


JAMES ZARYCHTA, Appellant


V.


JOHN WORLDPEACE, Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2008-53929






MEMORANDUM OPINION

 Appellant, James Zarychta, has filed a motion to dismiss his appeal. More than
10 days have elapsed, and no objection has been filed. No opinion has issued. 
Accordingly, we grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions in this appeal as moot. We direct the
Clerk to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.